# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Abbreviated Record to the Court of Appeals

**DATE:** October 30, 2018

**DC #:** 17-1055 (FAB)

**APPEAL FEE PAID:** YES __X__ NO _____

**CASE CAPTION:** WRI Vending Machines, Inc. v. Oriental Financial Services Corp.

**IN FORMA PAUPERIS:** YES _____ NO __X__

**MOTIONS PENDING:** YES _____ NO __X__

**NOTICE OF APPEAL FILED BY:** Consolidated Plaintiff/Respondent

**APPEAL FROM:** Memorandum & Order, and Judgment entered on 09/26/18

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

Docket Entries 59, 60 & 61

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

s/c: CM/ECF Parties, Appeals Clerk